CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2018, the foregoing was filed into and served through the CM/ECF system, notifying the following counsel of record.

Heidi Barcus and Hillary Jones
London Amburn
607 Market Street, Suite 900
Knoxville, TN 37902

Bryan Essary and Corey Wright
Gideon Cooper & Essary
315 Deaderick St, Suite 1100
Nashville, TN 37238

    DATED this 6th day of August, 2018.

                                 /s/ Robert Laser
                                 Robert Laser
                                 Laser Law Firm, PLC
                                 625 Main St., Suite 206
                                 Nashville, TN 37206