# Exhibit 3

Patient Name: GALUTEN,HORTENSE S
Unit No:
DOB: 08/18/1922 Age: 93          Exam Date:06/11/16

ACCESSION NUMBER
A00461999

TYPE/EXAM: RAD/KUB Single AP View Portable
RESULT:

Williamson Medical Center  4321 Carothers Parkway, Franklin, TN 37067

PROCEDURE: ABDOMEN PORTABLE

TECHNIQUE: AP supine portable radiograph of the abdomen was obtained at 0410 hrs. CPT 74000

HISTORY: emesis, abd pain

COMPARISONS: None.

FINDINGS:

Bowel gas pattern: Nonobstructive.
Masses or calcifications: None.
Bony structures: Normal.
Other: Moderate colonic stool.

IMPRESSION: Moderate colonic stool, possibly constipation.


CC: AL HOMOUD,FADWA A.

Technologist: HOSTETTLER,AMY E
Transcribed Date/Time: 06/11/16 0424
Transcriptionist: POWERSCRIBE,RAD
Dictation Date: 06/11/16 0424
Dictating Doctor: SHARMA,VINEET
Signed Date: Signed 06/11/16 0424

Name: GALUTEN,HORTENSE S
Phys: ALHOMOUD, FADWA MD
DOB: 08/18/1922 Age: 93
Exam Date:06/11/16 Pt Status: ADM IN
Acct No: V00035890193 Sex F
Phone: (615)371-1604   Loc: 3CCU