# Exhibit 5

Patient Name: GALUTEN,HORTENSE S
Unit No:
DOB: 08/18/1922 Age: 93  Exam Date:06/11/16
ACCESSION NUMBER
A00462009

TYPE/EXAM: RAD/Chest Single Frontal Portable
RESULT:

Williamson Medical Center  4321 Carothers Parkway, Franklin, TN 37067

PROCEDURE: CHEST PORTABLE

TECHNIQUE:  A portable AP chest radiograph was obtained at O7 22 hrs. CPT 71010

HISTORY:  Hypoxia

COMPARISONS:  6/10/2016.

FINDINGS:

Heart:  Stable moderate cardiomegaly.
Mediastinum/Vessels: Normal.
Lungs/Pleural space:  Stable bilateral pulmonary opacities. Moderate right pleural effusion has increased. Stable mild to moderate left pleural effusion. No pneumothorax.
Bony thorax: No acute osseous abnormality.
Life support devices: Left PICC line unchanged, tip at level mid axillary line.

IMPRESSION:
1. Findings compatible with pulmonary edema with stable interstitial changes. However, moderate right pleural effusion has increased. Stable mild-to-moderate left pleural effusion.


CC: BENSON,LEVI POTTER

Technologist: THOMAS,ALANA
Transcribed Date/Time: 06/11/16 0953
Transcriptionist: POWERSCRIBE,RAD
Dictation Date: 06/11/16 0953
Dictating Doctor: ALARCON,JOHN
Signed Date: Signed 06/11/16 0953

Name: GALUTEN,HORTENSE S
Phys: BENSON, LEVI P. MD
DOB: 08/18/1922 Age: 93
Exam Date:06/11/16 Pt Status: ADM IN
Acct No: V00035890193 Sex F
Phone: (615)371-1604  Loc: 3CCU