# Exhibit 6

## AFFIDAVIT OF CUSTODIAN OF RECORDS

STATE OF Tennessee )
)
COUNTY OF Williamson )
)

Tracy Mangrum  says as follows:

a) That I am the duly authorized Custodian of the Records of Somerfield Health Center and have authority to certify said records;

b) That the copy of the requested records on **HORTENSE GALUTEN** attached to this Affidavit is a true copy of all the records requested;

c) That the records were prepared by the personnel of this office in the ordinary course of business at or near the time of the act, condition, or event; and

d) That the cost to furnish the copies of these records based on the usual charges of this office is $ 58.80.

Tracy Mangrum LPN/MR
(Signature of Affiant)

STATE OF TENNESSEE )
)
COUNTY OF Williamson )
)

Sworn to and subscribed by me on this 28th day of March, 2019.

Ashley M Emerson
(Notary Public)

My Commission Expires: 10/17/2021

[Notary Seal: ASHLEY M EMERSON, STATE OF TENNESSEE NOTARY PUBLIC, COUNTY OF WILLIAMSON, My Comm. Expires October 17, 2021]

Organization : Corp\MC\NC\HAB - 1960\HC - HAB  
Resident : Galuten, Hortense S (400779HC)  
Entry Date >= 6/11/2016  
Include Options: Active, Completed, Not Completed  
Sort by : Entry Date  
Summarize by : Org Attachment, Resident  

# Clinical Notes Report

| Resident (ID) // Admit ID Source | Category | Sub Category | Subject | Entered Date / Entered By | Effective Date / Author | Follow-Up Date / Follow-Up By | Completed Date / Completed By |
|---|---|---|---|---|---|---|---|
| Corp\MC\NC\HAB - 1960\HC - HAB | | | | | | | |
| Galuten, Hortense S (606575) // 400779HC | | | | | | | |
| | Nursing note | Nursing Note | | 06/11/2016 09:12 PM Blakley, Angelia LPN | 06/11/2016 04:30 PM Blakley, Angelia LPN | | |
| | E-Signed: Blakley, Angelia LPN 06/11/2016 09:12 PM (CDT) | | | | | | |
| Clinical Notes | Res laying in bed very agitated, undressing, and moving about in the bed. B/P 127/59, 85,20, 92%. Res is responding to writer's voice at a mumble. Son is present and speaking about his moms past medical hx. Son is attempting to feed his mother at this time. Res ate 75% of her meal and 50% of her ensure. Son remains in room with his mother at this time and giving her consent reminders. | | | | | | |
| | Nursing note | Nursing Note | | 06/11/2016 09:20 PM Blakley, Angelia LPN | 06/11/2016 07:35 PM Blakley, Angelia LPN | | |
| | E-Signed: Blakley, Angelia LPN 06/11/2016 09:20 PM (CDT) | | | | | | |
| Clinical Notes | Res is in bathroom at this time. Son would like his mother to remain on the commode to try to have a bowel movement. Son states his mom hasn't had a BM in over five days. Res vomiting brown fluid Dr. Slandzicki notified via voicemail awaiting return call. Rupa called and will be in to assess res. | | | | | | |
| | Nursing note | Nursing Note | | 06/11/2016 09:49 PM Blakley, Angelia LPN | 06/11/2016 07:50 PM Blakley, Angelia LPN | | |
| | E-Signed: Blakley, Angelia LPN 06/11/2016 09:49 PM (CDT) | | | | | | |
| Clinical Notes | Res. sitting on commode in restroom. Son is present. Res is yelling and vomiting brown emesis at this time. Res goes unresponsive no pulse noted. Writer and Rupa begin CPR on res. no pulse, AED was initiated. Rupa and writer cont. CPR. 911 called and responds. EMS takes over CPR. Son is still present at this time. Res sent to Southern Hills Medical hospital via ambulance. EMS cont CPR during departure of the facility. | | | | | | |
| | Nursing note | Nursing Note | admission note | 06/11/2016 12:43 PM Browning, Jessica | 06/11/2016 12:42 PM Browning, Jessica | | |
| | E-Signed: Browning, Jessica 06/11/2016 12:42 PM (CDT) | | | | | | |
| Clinical Notes | Assessment and evaluation of care plan for skilled services, patient admitted to SNF from hospital on 6-11-16 S/P ARF, hyperkalemia, and pancreatitis; she presents with fatigue and generalized weakness. She is 93 YO with H/O dementia, HTN, and breast CA with RT breast mastectomy. She is noted to be frail at time of admission with debilitating disease process; per hospital report she is Full Code. PT is alert to person, with severe memory deficits as well as decision making ability d/t disease process; requires much cueing during conversation. She has H/O being resistive during care and in new settings. She is at this time resting quietly in bed, OMM pink and moist, LS diminished; abdomen is firm, distended, with sluggish BS present x4 quads, per shift report she had a small BM this morning. She arrived with foul smelling, dark color emesis to oral mucosa and clothes. Nursing will notify MD for further evaluation. Assessed and managed for pain with repositioning offered and medication available, no noted physical attributes of pain/discomfort, respirations even and unlabored. She is total assist with ADLs at this time; Staff will make frequent checks with pt. for needs and wants as well as safety r/t inability to effectively use call light or communicate needs. Wounds to be further evaluated; are as follows: LT lower arm skin tear, LT upper arm and hand with ecchymosis d/t IV placement. Bruising and skin tear to LLE r/t fall prior to hospitalization. PT with reported low oxygen saturation in hospital; O2 at 2L/pm PNC. VSS on admission, admission WT 115#. | | | | | | |

# INTERDISCIPLINARY DISCHARGE SUMMARY (continued)

**Activity interests and participation level during stay at facility:** Was here very short stay.

**ACTIVITIES DIRECTOR** Cathy Wheat, CTRS  **Date** 7/8/16
*Signature and title*
☐ Additional Activities notes below.

**Rehabilitation potential:** Patient received therapy evals but no treatments due to passed away the day of evals.

**Assistive devices:**
**THERAPIST** [signature]  **Date** 7/10/16
*Signature and title*
☐ Additional Rehab. notes below.

### ADDITIONAL COMMENTS/CONCERNS - All entries must be signed and dated.

Res admitted to skilled rehab s/p ARF, hyperkalemia, & pancreatitis. Res noted to be vomiting upon admission. Res goes unresponsive & no pulse noted. CPR initiated & 911 called. Res transported to Southern Hills Medical Center via ambulance. EMS cont CPR during departure. J. Rayton

**NAME—Last** Galuten **First** Hortense **Middle** **Attending Physician** Vollmer **Chart No.**

INTERDISCIPLINARY DISCHARGE SUMMARY    **BRiGGS** Healthcare