IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ALVIN GALUTEN, on behalf of the ESTATE OF HORTENSE GALUTEN, | ) ) ) | |
| Plaintiff, | ) ) | NO. 3:18-cv-00519 JUDGE RICHARDSON |
| v. | ) ) | |
| WILLIAMSON COUNTY HOSPITAL DISTRICT d/b/a WILLIAMSON MEDICAL CENTER, | ) ) ) ) | |
| Defendant. | ) | |

## **ORDER**

Pending before the Court are Defendant's Motion for Summary Judgment (Doc. No. 85) and Plaintiff's Motion to Exclude Expert Opinions (Doc. No. 99). For the reasons stated in the accompanying Memorandum Opinion, Plaintiff's Motion is **DENIED**, and Defendant's Motion is **GRANTED**.

This action is **DISMISSED**, and the Clerk is directed to close the file. This Order shall constitute final judgment for purposes of Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE